

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00278-CR

| | | | |
|---|---|---|---|
| Bobby Lee Harris | § | From the 371st District Court | |
| | § | of Tarrant County (1496615R) | |
| v. | § | June 28, 2018 | |
| | § | Opinion by Justice Birdwell | |
| The State of Texas | § | (nfp) | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and vacated in part. We affirm the trial court's judgments of conviction for continuous sexual abuse of a young child and for sexual assault. We reverse and vacate the trial court's judgment of conviction for aggravated sexual assault of a child.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
       Justice Wade Birdwell